IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

EDWARD LEROY SCHULTZ,               )
                                    )
                    Plaintiff,      )
                                    )
        vs.                         )           No. CIV-13-502-C
                                    )
SID STELL,                          )
                                    )
                    Defendant.      )

ORDER ADOPTING REPORT AND RECOMMENDATION

This civil rights action brought by a prisoner, proceeding pro se, was referred to
United States Magistrate Judge Gary M. Purcell, consistent with the provisions of 28 U.S.C.
§ 636(b)(1)(B).  On June 6, 2013, Judge Purcell entered a Report and Recommendation
concluding that because Plaintiff had not paid the initial filing fee as ordered, the action
should be dismissed without prejudice.  Plaintiff has not filed an objection.

Accordingly, the Report and Recommendation is adopted, and this action is dismissed
without prejudice.

IT IS SO ORDERED this 28th day of June, 2013.

ROBIN J. CAUTHRON
United States District Judge